

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00511-CV

**IN THE INTEREST OF A.M.M.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA02102
Honorable John D. Gabriel, Jr., Judge Presiding[1]

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, we AFFIRM the trial court's order. Because appellant, A.H., is indigent, no costs of this appeal are assessed.

SIGNED April 14, 2021.

Luz Elena D. Chapa, Justice

---

[1] Senior Judge sitting by assignment.